LOUIS BIERBAUER, Administrator, etc., Respondent, *v.* THE
NEW YORK CENTRAL AND HUDSON RIVER RAILROAD
COMPANY, Appellant.

(Argued March 21, 1879 ; decided April 8, 1879.)

Reported below, 15 Hun, 559.

DECIDED upon the facts in the case.

*S. W. Jackson* for appellant.

*Amasa J. Parker* for respondent.

FOLGER, J., reads for affirmance of order and judgment ordered for plaintiff on verdict.

All concur.

Judgment accordingly.